**UNITED STATES** *versus* **EBENEZER CHURCH.**

JOURNAL ENTRIES: (1) Nov. 1, 1819: suggestion of death, proceedings stayed.
PAPERS IN FILE: See *Transactions 1814–1824*, I, 347, case A-79.
*File No. . . . . Larned Docket*, MS p. 6.

**UNITED STATES** *versus* **SLOOP "HORNET".**

JOURNAL ENTRIES: (1) Nov. 1, 1819: continued.
PAPERS IN FILE (1818): (1) Letter—collector to United States attorney; (2) libel; (3) copy of collector's certificate; (4) manifest.
*File No. . . . . Larned Docket*, MS p. 4.

**UNITED STATES** *versus* **EIGHT BARRELS AND ONE TIERCE CIDER.**

JOURNAL ENTRIES: (1) Dec. 31, 1819: libel filed, notice ordered published; (2) Sept. 18, 1820: proclamation made, evidence heard, postponed.
PAPERS IN FILE (1819–20): (1) Libel; (2) subpoena; (3–4) published notices.
*File No. . . . . Larned Docket*, MS pp. 17 and 23.

**UNITED STATES** *versus* **ONE PIECE YELLOW FLANNEL.**

JOURNAL ENTRIES: (1) Dec. 31, 1819: libel filed, notice ordered published; (2) Sept. 18, 1820: proclamation made, evidence heard, property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1819–20): (1) Libel; (2) subpoena; (3–4) published notices.
*File No. . . . . Larned Docket*, MS p. 15.

**UNITED STATES** *versus* **LAURENT ROLETTE.**

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1820): (1) Precipe for capias; (2) capias and return; (3) declaration.
*File No. . . . . Larned Docket*, MS p. 20.

**UNITED STATES** *versus* **DANIEL MACK.**

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1820): (1) Precipe for capias; (2) capias and return.
*File No. . . . . Larned Docket*, MS p. 28.

**UNITED STATES** *versus* **LOUIS DEQUINDRE AND ANTOINE DEQUINDRE.**

JOURNAL ENTRIES: (1) Sept. 18, 1820: judgment.
PAPERS IN FILE (1818): (1) Warrant of attorney to confess judgment; (2) declaration; (3) revenue bond.
*File No. . . . . Larned Docket*, MS p. 21.

**UNITED STATES** *versus* **LOUIS DEQUINDRE AND ANTOINE DEQUINDRE.**

JOURNAL ENTRIES: (1) Sept. 18, 1820: judgment.
PAPERS IN FILE (1818): (1) Warrant of attorney to confess judgment; (2) declaration; (3) draft of journal entries; (4) bill of costs; (5) revenue bond.
*File No. . . . . Larned Docket*, MS p. 21.

**UNITED STATES** *versus* **ONE PIECE COARSE GRAY CLOTH.**

JOURNAL ENTRIES: (1) Sept. 18, 1820: proclamation made, evidence heard, property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1817): (1) Libel; (2) published notice.
*File No. . . . . Larned Docket*, MS p. 19.